ORIGINAL

FILED

02/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0469

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 23-0469

IN RE THE MARRIAGE OF:

LISA MARIE STRECKER,

Petitioner and Appellee,

and

BRADLEY JOHN STRECKER,

Respondent and Appellant.

FILED

FEB 2 0 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellant Bradley John Strecker seeks relief from the Thirteenth Judicial District Court's December 1, 2023 order denying his motion for a stay of judgment pending appeal unless he first posted a supersedeas bond. The order provided that if Bradley posted a bond, he could renew his motion for stay. "If Respondent elects not to post a bond within ten (10) business days of the date of this Order, a stay will not be granted."

Bradley filed his motion with this Court on February 5, 2024. He represents that he attempted to obtain a bond, but that neither of the two Billings bonding companies he contacted would issue a bond. Given the nature of this farm and ranch divorce case, he says, "no idea of the extent of the bond amount could be estimated." As the District Court did not state an amount for a required bond, Bradley claims that he was unable to comply.

Appellee Lisa Marie Strecker opposes the motion, pointing out that Bradley's request is untimely and lacks a required affidavit. She asserts further that the motion lacks merit and requests that it be denied.

M. R. App. P. 22(2)(a) provides in relevant part that "a motion for relief from [a] district court order [granting or denying a stay pending appeal] may be filed in the supreme court within 11 days of the date of entry of the district court order." The motion must, among other things, "[d]emonstrate good cause for the relief requested, supported by affidavit." Subsection (4) of the same rule provides: "Except in extraordinary circumstances supported by affidavit, motions under this rule which have not been filed in accordance with sections (1) and (2)(a) of this rule . . . will be denied summarily."

Bradley filed his motion for stay two months after the District Court's order. Though the motion makes various representations about his attempt to secure a bond, he provided no affidavit. The motion accordingly fails to meet the requirements of M. R. App. P. 22(2).

IT IS THEREFORE ORDERED that the motion for relief from the District Court's post-judgment order denying a stay pending this appeal is DENIED.

The Clerk is directed to provide copies of this Order to all counsel of record.

Dated this 20 day of February, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2